UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                     :

       - v. -                     :     <u>INDICTMENT</u>

JAMES CHRISTO and                            :     07 CRIM 818
REMILA CHRISTO,

       Defendants.    :

- - - - - - - - - - - - - - - - - x



## <u>COUNT ONE</u>

Conspiracy to Commit Immigration Fraud,
<u>Perjury, and to Make False Statements</u>

The Grand Jury charges:

1.    At all times relevant to this Indictment, JAMES CHRISTO, the defendant, was an attorney.

2.    At all times relevant to this Indictment, REMILA CHRISTO, the defendant, was married to JAMES CHRISTO, the defendant.

3.    At all times relevant to this Indictment, JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, operated a law firm in Manhattan that, among other things, assisted aliens of Albanian nationality with applications for political asylum.



4.    At all times relevant to this Indictment, a successful application for political asylum generally required, among other things, that:

    a.    the applicant submit his or her application within one year of his or her last arrival in the United States;

    b.    the applicant demonstrate that he or she is a "refugee," meaning, in general terms, that he or she is unable to return to his or her country because of persecution or a well-founded fear of persecution on account of race, religion, nationality, membership in a particular social group, or political opinion;

    c.    the applicant subscribe to the assertions contained in his or her application for political asylum under penalty of perjury; and

    d.    the applicant be interviewed, under oath, by an asylum officer.

5.    In the course of operating their law firm, JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, conspired to provide applicants and potential applicants for political asylum with assistance in making and supporting fraudulent claims for political asylum.  Specifically, JAMES CHRISTO, REMILA CHRISTO, and others known and unknown, helped

2

applicants and potential applicants (i) concoct false and
fraudulent stories that would purport to satisfy the
aforementioned criteria for political asylum, (ii) obtain
fraudulent evidence that purported to support those false and
fraudulent assertions, (iii) prepare and submit asylum
applications containing the false and fraudulent assertions, and
(iv) prepare for the asylum interview at which the applicant
would be required to reiterate the false and fraudulent
assertions.

<u>Statutory Allegations</u>

6.    From in or about April 11, 2005 through in or
about May 9, 2005, in the Southern District of New York and
elsewhere, JAMES CHRISTO and REMILA CHRISTO, the defendants, and
others known and unknown, unlawfully, wilfully, and knowingly
combined, conspired, confederated, and agreed together and with
each other to commit offenses against the United States, to wit,
to violate Sections 1001, 1546(a), and 1621 of Title 18, United
States Code.

7.    It was a part and an object of the conspiracy that
JAMES CHRISTO and REMILA CHRISTO, the defendants, and others
known and unknown, in a matter within the jurisdiction of the
executive, legislative, and judicial branches of the United
States, unlawfully, wilfully and knowingly, would and did
falsify, conceal and cover up by trick, scheme and device a

material fact, and would and did make a materially false,

fictitious, and fraudulent statement and representation, and

would and did make and use a false writing and document knowing

the same to contain a materially false, fictitious and fraudulent

statement and entry, in violation of Title 18, United States

Code, Section 1001.

8.    It was a further part and an object of the

conspiracy that JAMES CHRISTO and REMILA CHRISTO, the defendants,

and others known and unknown, unlawfully, wilfully, and knowingly

would and did utter, use, attempt to use, possess, obtain,

accept, and receive an immigrant and nonimmigrant visa, permit,

border crossing card, alien registration receipt card, and other

document prescribed by statute and regulation for entry into and

as evidence of authorized stay and employment in the United

States, knowing it to be forged, counterfeited, altered, and

falsely made, and to have been procured by means of a false claim

and statement, and to have been otherwise procured by fraud and

unlawfully obtained, and would and did make under oath, and as

permitted under penalty of perjury under section 1746 of Title

28, United States Code, subscribe as true, a false statement with

respect to a material fact in an application, affidavit, and

other document required by the immigration laws and regulations

prescribed thereunder, and would and did present such

application, affidavit, and other document which contained such

4

false statement and which failed to contain a reasonable basis in law and fact, in violation of Title 18, United States Code, Section 1546(a).

9.    It was a further part and an object of the conspiracy that JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, having taken an oath before a competent tribunal, officer, or person, in a case in which a law of the United States authorized an oath to be administered, that he or she would testify, declare, depose, and certify truthfully, and that written testimony, a declaration, a deposition, and a certificate by him or her subscribed, was true, unlawfully, wilfully, knowingly, and contrary to such oath would and did state and subscribe a material matter which he or she did not believe to be true and, in a declaration, certificate, verification, and statement under penalty of perjury as permitted under Section 1746 of Title 28, United States Code, unlawfully, wilfully, and knowingly would and did subscribe as true a material matter which he or she did not believe to be true, in violation of Title 18, United States Code, Section 1621.

<u>Overt Acts</u>

10.   In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among

others, were committed in the Southern District of New York and elsewhere:

      a.   On or about April 13, 2005, in New York, New York, JAMES CHRISTO, the defendant, met with an undercover agent of the Federal Bureau of Investigation (the "UC"), who was posing as an applicant for political asylum.

      b.   On or about May 4, 2005, in New York, New York, JAMES CHRISTO and REMILA CHRISTO, the defendants, met with the UC, who was still posing as an applicant for political asylum, and assisted him in concocting false and fraudulent assertions to be submitted in an asylum application.

      c.   On or about April 29, 2005, in New York, New York, JAMES CHRISTO, the defendant, met with a co-conspirator not named as a defendant herein ("CC-1"), and assisted CC-1 in concocting false and fraudulent assertions to be supplied to an asylum officer during CC-1's upcoming asylum interview.

      d.   On or about May 9, 2005, CC-1 attended an asylum interview, swore an oath to tell the truth and, as instructed by JAMES CHRISTO, the defendant, provided false and fraudulent answers to questions posed by the asylum officer.

      (Title 18, United States Code, Section 371.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

6

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

JAMES CHRISTO and
REMILA CHRISTO,

Defendants.

### INDICTMENT

07 Cr.

(Title 18, United States Code,
Section 371.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Katherine U. Brooks*

Foreperson.