$100,000.00 PRB; TRAVEL IS RESTRICTED TO THE CONTINENTAL U.S.; SURRENDER OF TRAVEL DOCUMENTS & NO NEW APPLICATIONS; REGULAR PRE-TRIAL SUPERVISION

Case 1:07-cr-00818-RMB    Document 13    Filed 09/07/2007    Page 1 of 1

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **APPEARANCE BOND** |
|---|---|
| V. | CASE NUMBER |
| REMILA CHRISTO | 07 CR 818 |
| Defendant | |

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 100,000.00    ~~, and there has been deposited in the Registry of the Court the sum of~~

$ XXXXXXXXXXXXXXXXXXXXXXX    ~~in cash or~~    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                                                Describe other security

The conditions of this bond are that the defendant    REMILA CHRISTO
                                                                              Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on    September 7, 2007    at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
                                          Date

Defendant  *[signature]*    Address  Jersey City NJ
REMILA CHRISTO

Surety _____    Address _____

Surety _____    Address _____

Signed and acknowledged before me on    September 7, 2007
                                                                Date

Approved: *[signature]*                                  *[signature]*
Judicial Officer                                              Judicial Officer/Clerk

AUSA MIKE LEVY / CHRISTINE WONG                 ©8/97 B.Kaliabakos U.S.D.C.-S.D.N.Y.