**MEMO ENDORSED**



## RICHARD B. LIND

ATTORNEY AT LAW

745 FIFTH AVENUE

SUITE 902

NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725

FACSIMILE (212) 371-2961

E-MAIL: RLINDESQ@AOL.COM

*let's discuss on 9/19/07 @ 9:00 AM*

September 11, 2007

**SO ORDERED:**
Date: 9/17/07    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

Hon. Richard M. Berman
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    United States v. Remila Christo
07 Cr. 818 (RMB)

Dear Judge Berman:

On Friday, September 7, 2007, before Magistrate Gorenstein, I was appointed as the CJA attorney for defendant Remila Christo in the above-referenced case. I am writing to request a slight modification of her bail conditions.

Ms. Christo and her husband defendant James Christo are charged in a one-count indictment with conspiracy to commit immigration fraud, perjury, and to make false statements, in violation of 18 U.S.C. § 371. Ms. Christo was released on the following principal bail conditions: $100,000 personal recognizance bond, travel restricted to the continental United States, and regular pre-trial services reporting. I am seeking to have the pre-trial services reporting requirement removed. In this regard, it should be noted that Ms. Christo's pre-trial services officer, Xiomara Rojas, advised she believed that pre-trial reporting was not necessary in light of Ms. Christo's employment. Ms. Rojas also indicated that co-defendant James Christo's release conditions do not include a reporting requirement. Also, I have spoken to Michael Levy, the AUSA in charge of this case. He stated that the government has no opposition to the reporting requirement being removed as a condition of release.

RICHARD B. LIND

Accordingly, it is respectfully requested that Remila Christo's application, to have pre-trial services reporting removed as a condition of her release on bail, be granted.

Respectfully submitted,

Richard B. Lind

cc: Michael Levy, Esq. (by fax)
    Ms. Xiomara Rojas (by fax)